HARVEY FRUMAN (CA BAR NO. 144167)
COZEN O'CONNOR
125 Lincoln Avenue
Suite 400
Santa Fe, New Mexico  87501
Telephone: (505) 820-3346
Facsimile: (505) 820-3347
hfruman@cozen.com

Attorneys for Plaintiff
WASTE MANAGEMENT, INC.

DEAN J. ZIPSER (CA BAR NO. 94680)
LINDA A. SAMPSON (CA BAR NO. 169258)
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California  92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900
dzipser@mofo.com
lsampson@mofo.com

Attorneys for Defendant
ISHIKAWAJIMA-HARIMA HEAVY
INDUSTRIES, CO., LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASTE MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISHIKAWAJIMA-HARIMA HEAVY INDUSTRIES, CO., LTD. and DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No. CIV.S-04-2028 WBS/DAD <br><br> **STIPULATION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES; AND ORDER THEREON** <br><br> State Court Complaint Filed: August 9, 2004 <br> Current Trial Date:  October 24, 2006 |

Plaintiff Waste Management, Inc. ("WASTE MANAGEMENT") and defendant ISHIKAWAJIMA-HARIMA HEAVY INDUSTRIES, CO., LTD. ("IHI") hereby stipulate, subject to the Court's approval, to continue the pre-trial and trial dates for approximately six months for the following reasons:

PDF created with pdfFactory trial version www.pdffactory.com

1. Waste Management desires to take the depositions of the various individuals designated by IHI in its Initial Disclosures.

2. All of those individuals reside in Japan, or elsewhere outside of the United States.

3. As such, those depositions will need to be conducted at the U.S. Embassy in Tokyo.

4. The Embassy currently has a waiting time of more than seven months -- and likely longer for the block of time needed to complete the above-described depositions.

5. Waste Management has currently reserved time at the Embassy for a 10-day period in September, 2006.

6. In the meantime, IHI is preparing and intends to file a Motion for Summary Judgment (the "Motion"), which it believes shall be dispositive of the entire action and which shall be based on issues of law, without the need for factual discovery.

7. In order to avoid the possibility of unnecessary and significant discovery costs and expenses, the parties jointly request that the Court first rule on IHI's Motion prior to the commencement of depositions further discovery.

8. Particularly given the delay involved in the scheduling and completion of the Japan depositions, in the event that the Motion does not dispose of the entire case, there will remain sufficient time for discovery to be taken in the action in order for the parties to be prepared for trial.

9. The parties believe that all percipient witness discovery, including the Japan depositions, can be completed by October 4, 2006.

10. There have been no prior continuances of, or requests to continue, the trial in this matter.

11. In revising the pre-trial schedule, the parties realized that the amount of time allotted between the designation of expert witnesses and the expert witness discovery cut-off was insufficient as proposed. As such, the parties made the appropriate correction in the revised schedule set forth below (which correction will not otherwise extend the trial date).

1  12. Accordingly, the parties hereby stipulate that (a) the trial of the Action, which
2  is presently set for October 24, 2006, at 9:00 a.m. in Courtroom 5 of the above-entitled
3  Court, be continued to April 24, 2007 (or on a date as soon thereafter as is available on the
4  Court's calendar), and (b) the discovery deadlines set forth in the parties' Joint Status Report,
5  filed with the Court on or about January 31, 2005, or otherwise ordered by the Court, be
6  extended by approximately six months or re-set based on the continued dates, and specifically
7  as follows:

- Percipient Witness Discovery Cut-off: October 4, 2006;
- Disclosure of retained experts as provided in under Rule 26(a)(2) shall be made 30 days after completion of percipient witness discovery and 120 days before trial. Experts retained by either party solely to contradict or rebut evidence on the same subject matter identified by the other party, shall be disclosed within 45 days after the disclosure is made by the other party.
- Expert Witness Discovery Cut-off: December 19, 2006 (with supplementations as permitted under Rule 26(e));
- Dispositive Motion Cut-Off: January 19, 2007;
- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
    from Waste Management, 60 days before trial; and
    from IHI, 40 days before trial.
- Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).
- Pretrial Conference: February 26, 2007 at 10:00 a.m. (or on a date as soon thereafter as is available on the Court's calendar).

13. This Stipulation may be executed in counterparts (with facsimile signatures being accepted by the parties and the Court in lieu of original signatures), which, when combined, shall constitute one and the same document.

oc-308432

3

REQUEST FOR CONTINUANCE OF
PRE-TRIAL AND TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January ___, 2006          HARVEY FRUMAN
                                  COZEN O'CONNOR


                                  By: /s/Harvey Fruman
                                      Harvey Fruman
                                      Attorneys for Plaintiff
                                      WASTE MANAGEMENT, INC.


Dated: January ___, 2006          DEAN J. ZIPSER
                                  LINDA A. SAMPSON
                                  MORRISON & FOERSTER LLP


                                  By: /s/Linda A. Sampson
                                      Linda A. Sampson
                                      Attorneys for Defendant
                                      ISHIKAWAJIMA-HARIMA
                                      HEAVY INDUSTRIES, CO., LTD.

## **ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED that:**

1. The trial of the Action is continued to April 24, 2007, at 9:00 a.m. in Courtroom 5;

2. The Pre-trial Conference is continued to February 26, 2007, at 10:00 a.m.;

3. The discovery and pre-trial deadlines set forth in the parties' Joint Status Report are continued as follows:

   a. Percipient Witness Discovery Cut-off: October 4, 2006;

   b. Expert Witness Discovery Cut-off: December 19, 2006 (with supplementations as permitted under Rule 26(e));

   c. Dispositive Motion Cut-Off: January 19, 2007;

   d. Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due from Waste Management, 60 days before trial and from IHI, 40 days before trial; and

e.  Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

Dated:  January 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL

1. I am employed with the law firm of Morrison & Foerster, whose address is 19900 MacArthur Boulevard, Suite 1200, Irvine, California 92612; I am not a party to this action; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service.

2. I know that, in the ordinary course of Morrison & Foerster's business practice, the document described below will be deposited with the United States Postal Service with postage thereon fully prepaid on the same date that it is placed at Morrison & Foerster for collection and mailing.

3. I further declare that, on the date hereof, I served a copy of the following document:

**STIPULATION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES; AND ORDER THEREON**

on the person(s) listed below by placing a true copy thereof enclosed in a sealed envelope for collection and mailing at Morrison & Foerster, Irvine, California, addressed as follows:

Harvey Fruman, Esq.
Cozen O'Connor
125 Lincoln Avenue, Suite 400
Santa Fe, New Mexico  87501

*Attorneys for Plaintiff*
Waste Management, Inc.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 13th day of January 2006, at Irvine, California.

      /s/Rose Toledo
      Rose Toledo

PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com