HARVEY FRUMAN (CA BAR No. 144167)
COZEN O'CONNOR
125 Lincoln Avenue, Suite 400
Telephone: 505.820.3346
Toll Free Phone: 866.231.0144
Facsimile: 505.820.3347

Attorneys for Plaintiff
WASTE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASTE MANAGEMENT, INC., | Case No. CIV.S-04-2028 WBS/DAD |
| Plaintiff, | **ORDER FOR DEPOSITIONS TO BE TAKEN IN JAPAN** |
| v. | (STIPULATION FOR COURT ORDER FOR DEPOSITIONS TO BE TAKEN IN JAPAN SUBMITTED HEREWITH) |
| ISHIKAWAJIMA-HARIMA HEAVY INDUSTRIES, CO., LTD. And DOES 1 through 10, Inclusive, | |
| Defendant(s). | Courtroom: Hon. William B. Shubb |
| | Complaint Filed: August 9, 2004
Trial Date: April 24, 2007 |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF**

**AMERICA, UNITED STATES EMBASSY, TOKYO JAPAN:**

    **UPON THE APPLICATION OF PLAINTIFF WASTE**

**MANAGEMENT, INC., AND PURSUANT TO ARTICLE 17 OF THE**

**UNITED STATES – JAPAN CONSULAR CONVENTION, YOU**

**HAVE BEEN DULY APPOINTED AND YOU ARE HEREBY**

PDF created with pdfFactory trial version www.pdffactory.com

**AUTHORIZED TO TAKE ORAL DEPOSITIONS AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN OF THE FOLLOWING WITNESSES WHO WILL APPEAR VOLUNTARILY:**

1. **Yasunaga Shimura**

   ℅   MORRISON & FOERSTER, LLP
   19900 MacArthur Boulevard, Suite 1200
   Irvine, California 92612-2445

2. **Akio Suzuki**

   ℅   MORRISON & FOERSTER, LLP
   19900 MacArthur Boulevard, Suite 1200
   Irvine, California 92612-2445

3. **Kazimi Sudo**

   ℅   MORRISON & FOERSTER, LLP
   19900 MacArthur Boulevard, Suite 1200
   Irvine, California 92612-2445

4. **Isaac Miyamoto**

   ℅   MORRISON & FOERSTER, LLP
   19900 MacArthur Boulevard, Suite 1200
   Irvine, California 92612-2445

5. **Tsuyoshi Ishizuka**

   ℅   MORRISON & FOERSTER, LLP
   19900 MacArthur Boulevard, Suite 1200
   Irvine, California 92612-2445

6. **Noriaki Yagi**

   ℅   MORRISON & FOERSTER, LLP
   19900 MacArthur Boulevard, Suite 1200
   Irvine, California 92612-2445

The depositions will commence on September 21, 2006 at 8:30 a.m., continue day to day thereafter as necessary, and terminate on October 4, 2006 at 5:00 p.m.  The specific schedule of the individual depositions shall be determined by the parties and subject to the witnesses' availability.

Counsel for Defendant who will participate in said depositions is

Dean J. Zipser and/or Linda A. Sampson, Morrison & Foerster, LLP. Counsel for Plaintiff who will participate in said depositions is Harvey Fruman, Cozen O'Connor. The proceedings will be reported by American Realtime Court Reporters (possible attendees: Sandra M. Mierop, Patricia Anne Bidonde, Tanya Ward English and Tracey S. Lo Castro), interpreted by William Lise of New-Tech, Ltd., check-interpreted by Grace Liu, and videographed by Paul B. Diserio, CCVS, and/or Daniel Dean Harrington, CCVS, of Legal Video Asia.

You are also ordered to mark any documentary exhibits in connection with the above depositions, to cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses, and to annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

**IT IS SO ORDERED.**

DATE:  July 24, 2006

*[Signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com