HARVEY FRUMAN (CA BAR NO. 144167)
COZEN O'CONNOR
125 Lincoln Avenue
Suite 400
Santa Fe, New Mexico 87501
Telephone: (505) 820-3346
Facsimile: (505) 820-3347
hfruman@cozen.com

Attorneys for Plaintiff
WASTE MANAGEMENT, INC.

DEAN J. ZIPSER (CA BAR NO. 94680)
LINDA A. SAMPSON (CA BAR NO. 169258)
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900
dzipser@mofo.com
lsampson@mofo.com

Attorneys for Defendant
ISHIKAWAJIMA-HARIMA HEAVY
INDUSTRIES, CO., LTD.

**FILED**

AUG 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASTE MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISHIKAWAJIMA-HARIMA HEAVY INDUSTRIES, CO., LTD. and DOES 1 through 10, inclusive, <br> Defendant(s). | Case No. CIV.S-04-2028 WBS/DAD <br><br> **STIPULATION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES AND** <br><br> **PROPOSED ORDER THEREON** <br><br> State Court Complaint Filed: August 9, 2004 <br> Current Trial Date: October 24, 2006 |

Plaintiff Waste Management, Inc. ("Waste Management") and defendant Ishikawajima-Harima Heavy Industries, Co., Ltd. ("IHI") hereby stipulate, subject to the Court's approval, to continue the pre-trial and trial dates for approximately

1                                    REQUEST FOR CONTINUANCE OF
                                     PRE-TRIAL AND TRIAL DATES

oc-308432

six months for the following reasons:

1. IHI has filed, and there is now pending, a Motion for Summary Judgment in this action (the "Motion").

2. Due to a conflict with the court's calendar, the hearing on the motion has been continued to August 21, 2006.

3. Both parties have sought, and continue to seek, to avoid the possibility of incurring significant discovery costs and expenses that may become unnecessary following the Court's ruling on IHI's Motion.

4. Waste Management desires to take the depositions of the various individuals designated by IHI in its Initial Disclosures, all of whom reside in Japan, or elsewhere outside of the United States and, as such, those depositions need to be conducted at the U.S. Embassy in Tokyo. Although Waste Management has currently reserved time at the Embassy for a 10-day period in September, 2006, the lead time for the confirmation of those depositions is such that substantial financial commitments will have to be made before a ruling on the Motion is likely. Given the additional costs of travel, lodging, reporters, and translators, the depositions will be a significant expense to each side (and may become unnecessary following the Court's ruling).

5. The Embassy in Tokyo currently has a waiting time of approximately seven months and, as a result, the earliest Waste Management can reschedule the IHI depositions is March 2007.

6. On its part, and if necessary, IHI desires to take written and deposition discovery of Waste Management personnel and third parties. That discovery, too, will be time consuming and costly.

7. To enable the parties to orderly proceed with any necessary discovery, in the event that the Motion does not dispose of the entire case, the parties seek to leave sufficient time for discovery to be taken in the action following the Court's ruling on the Motion in order for the parties to be prepared for trial.

8. Accordingly, the parties hereby stipulate that (a) the trial of the Action, which is presently set for April 24, 2007 at 9:00 a.m. in Courtroom 5 of the above-entitled Court, be continued to October 30, 2007 (or on a date as soon thereafter as is available on the Court's calendar), and (b) the current discovery deadlines be extended by approximately six months or re-set based on the continued dates, and specifically as follows:

- Percipient Witness Discovery Cut-off: April 4, 2007;
- Disclosure of retained experts as provided in under Rule 26(a)(2) shall be made by June 22, 2007, or 120 days before trial, whichever is later. Experts retained by either party solely to contradict or rebut evidence on the same subject matter identified by the other party, shall be disclosed within 45 days after the disclosure is made by the other party.
- Expert Witness Discovery Cut-off: August 31, 2007 (with supplementations as permitted under Rule 26(e));
- Dispositive Motion filing Cut-Off: September 14, 2007;
- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    from Waste Management, 60 days before trial; and

    from IHI, 40 days before trial.

- Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).
- Pretrial Conference: September 24, 2007 at 10:00 a.m. (or on a date as soon thereafter as is available on the Court's calendar).

9. This Stipulation may be executed in counterparts (with facsimile

///

///

///

3

REQUEST FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES

oc-308432

1 | signatures being accepted by the parties and the Court in lieu of original
2 | signatures), which, when combined, shall constitute one and the same document.

3 | Dated:      August _11_, 2006          HARVEY FRUMAN
                                            COZEN O'CONNOR
4
5
                                        By: _/s/ Harvey Fruman_____
6                                           Harvey Fruman
7                                           Attorneys for Plaintiff
                                            WASTE MANAGEMENT, INC.
8

9 | Dated:      August ___, 2006           DEAN J. ZIPSER
                                            LINDA A. SAMPSON
10                                          MORRISON & FOERSTER LLP
11
12                                      By: _____
13                                          Dean J. Zipser
                                            Attorneys for Defendant
14                                          ISHIKAWAJIMA-HARIMA
                                            HEAVY INDUSTRIES, CO.,
15                                          LTD.

16
17 |                    ORDER
18 |   GOOD CAUSE APPEARING, IT IS SO ORDERED that:
19 |   The trial of the Action is continued to October 30, 2007, at 9:00 a.m. in
20 | Courtroom 5;
21 |   The Pre-trial Conference is continued to September 24, 2007 at 10:00 a.m.;
22 |   The discovery and pre-trial deadlines set forth in the parties' Joint Status
23 | Report are continued as follows:
24 |   a.   Percipient Witness Discovery Cut-off: April 4, 2007;
25 |   b.   Expert Witness Discovery Cut-off: August 31, 2007 (with
26 | supplementations as permitted under Rule 26(e));
27 |   c.   Dispositive Motion Cut-Off: September 14, 2007;
28

4

REQUEST FOR CONTINUANCE OF
PRE-TRIAL AND TRIAL DATES

oc-308432

signatures being accepted by the parties and the Court in lieu of original signatures), which, when combined, shall constitute one and the same document.

Dated: August ___, 2006

HARVEY FRUMAN
COZEN O'CONNOR

By: _____
Harvey Fruman
Attorneys for Plaintiff
WASTE MANAGEMENT, INC.

Dated: August 11, 2006

DEAN J. ZIPSER
LINDA A. SAMPSON
MORRISON & FOERSTER LLP

By: _____
Dean J. Zipser
Attorneys for Defendant
ISHIKAWAJIMA-HARIMA
HEAVY INDUSTRIES, CO.,
LTD.

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED that:

The trial of the Action is continued to October 30, 2007, at 9:00 a.m. in Courtroom 5;

The Pre-trial Conference is continued to September 24, 2007 at 10:00 a.m.;

The discovery and pre-trial deadlines set forth in the parties' Joint Status Report are continued as follows:

    a. Percipient Witness Discovery Cut-off: April 4, 2007;

    b. Expert Witness Discovery Cut-off: August 31, 2007 (with supplementations as permitted under Rule 26(e));

    c. Dispositive Motion Cut-Off: September 14, 2007;

     d.    Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due from Waste Management, 60 days before trial and from IHI, 40 days before trial; and

     e.    Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

Dated: 8/11/2006

                                        Honorable William B. Shubb
                                        United States District Judge

5   REQUEST FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES

oc-308432